DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN BENNETT,**
Appellant/Cross Appellee,

v.

**TUNDE BENNETT,**
Appellee/Cross Appellant.

No. 4D22-1256

[February 16, 2023]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. FMCE13013816.

Brian Bennett, Deerfield Beach, appellant/cross appellee.

David L. Hirsch of Broward's Hirsch & Associates, P.A., Plantation, for appellee/cross appellant.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***